Max M. Rappaport, Louis C. Rappaport, and Hamilton Clorfene, a Partnership, d/b/a Rappaport, Clorfene & Rappaport, Appellants, v. Michael N. Pallotto, Appellee.

Gen. No. 49,131. 

First District, First Division.

November 18, 1963.

Rappaport, Clorfene & Rappaport, of Chicago (Hamilton Clorfene, of counsel), for appellants; John J. Klepak, of Chicago (Dale A. Anderson of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.